UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA ANNE LEWANDOWSKI-FARR,

    Plaintiff,

                                    Case No. 12-cv-12753

v.

                                    Paul D. Borman
                                    United States District Judge

COMMISSIONER OF,
SOCIAL SECURITY                         David R. Grand
                                    United States Magistrate Judge

    Defendant.
_____/

**OPINION AND ORDER
(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
(Dkt. No. 31), and
(2) GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (Dkt. No. 29)**

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation on Plaintiff's Motion for Attorney's Fees. (Dkt. No. 31.) The Magistrate Judge recommends granting Plaintiff's motion and awarding attorney's fees in the total amount of $5,518, representing 31 hours of attorney time at the rate of $178 per hour.

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Plaintiff's Motion for Attorney's Fees, and awards Plaintiff $5,518 in attorney fees.

**IT IS SO ORDERED.**

                                                                      s/Paul D. Borman
                                                                      PAUL D. BORMAN
                                                                       UNITED STATES DISTRICT JUDGE

Dated: July 2, 2013

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 2, 2013.

                                          s/Deborah R. Tofil
                                          Deborah R. Tofil
                                          Case Manager (313) 234-5122