UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA ANNE LEWANDOWSKI-FARR,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case No. 12-12753

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 37) AND (2) AWARDING $7,220.75 IN ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) PROVIDED HE REFUND THE AMOUNT PREVIOUSLY AWARDED PURSUANT TO THE EAJA

Before the Court is Magistrate Judge David R. Grand's July 30, 2014 Report and Recommendation regarding Plaintiff's counsel's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b). (Report and Recommendation, ECF No. 37). The Magistrate Judge recommends that this Court grant Plaintiff's counsel's Motion for Attorney Fees and award Plaintiff's counsel fees in the amount of $7,220.75 (which represents 25% of the past due benefits, less $6,000.00 that was paid to administrative counsel), provided that he refund the amount previously awarded by the Court pursuant to the Equal Access to Justice Act ($5,518.00).

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 37), and AWARDS Plaintiff's counsel attorney fees in the amount of $7,220.75 pursuant 42 U.S.C. § 406(b), provided that he refund the amount

previously awarded by the Court pursuant to the Equal Access to Justice Act.

IT IS SO ORDERED.

                                               s/Paul D. Borman
                                               PAUL D. BORMAN
                                               UNITED STATES DISTRICT JUDGE

Dated:  August 22, 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 22, 2014.

                                             s/Deborah Tofil
                                             Case Manager